# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE KEYS

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA ) 
) 
NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER: **08CR    244**

The undersigned Affiant personally appeared before the Honorable Arlander Keys, a United States Magistrate Judge, and being duly sworn on oath, states: That at St. Louis, Missouri, one Michelle S. Betton was convicted of a violation of Title 18, United States Code, Sections 1344(1) and (2) and 513(a) and (2) for the offense of Bank Fraud and Possession of Counterfeit Security and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an arrest warrant is outstanding for the arrest of said defendant. See Ex. A attached Warrant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

Deputy Hamel B. Patel
United States Marshals Service

Subscribed and Sworn to before me this
26th day of March, 2008.

HON. ARLANDER KEYS
United States Magistrate Judge

FILED

MAR 2 6 2008

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

FILED

MAR 2 6 2008
3-26-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stephen P. Baker
Assistant United State's Attorney
Northern District Illinois

Prob 19
(8/88)

# United States District Court
## for the
## Eastern District of Missouri

U.S.A. vs Michelle Betton    Docket No.  4:04CR00518 JCH

TO: **Any United States Marshal for the Eastern District of Missouri**

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | |
|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring her, forthwith before the United States District Court to answer charges that she violated the conditions of her supervision imposed by the Court. | | |
| NAME OF DEFENDANT<br>Michelle Betton | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>The Honorable Jean C. Hamilton<br>United States District Judge | | |
| (BY) DEPUTY CLERK | CLERK<br>James G. Woodward | DATE<br>March 14, 2008 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | | DATE |

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN/MISSOURI

0844-0317-1147 P