## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 244 – 1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Michele Betton | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 3/26/08. Defendant waives identity hearing. The Defendant is appointed counsel. The defendant is ordered removed voluntarily to the Eastern District of Missouri. The Defendant is ordered to report to Probation Officer Lorri Meyers in her office in the Eastern District of Missouri on 4/7/08 at 10:00 a.m. The Defendant is ordered released.

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | AC |
|---|---|---|